# ELECTRONIC RECORD

COA # 02-14-00405-CR          OFFENSE: 43.26

STYLE: Mark Massimo Cardarelli v. The State of Texas          COUNTY: Parker

COA DISPOSITION:          AFFIRMED          TRIAL COURT: 43rd District Court

DATE: 08/25/15          Publish: NO          TC CASE #: CR13-0129

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mark Massimo Cardarelli v. The State of Texas          CCA #: 1185-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _11/04/2015_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**